MICHIGAN CHIROPRACTIC COUNCIL V COMMISSIONER OF THE OFFICE OF FINANCIAL AND INSURANCE SERVICE, No. 126530. Reported at 475 Mich 363.

WEAVER and MARKMAN, JJ. We would grant rehearing.

*Order Entered October 3, 2006:*

PROPOSED AMENDMENT OF RULE 3.977 OF THE MICHIGAN COURT RULES. On order of the Court, the proposed amendment of Rule 3.977 of the Michigan Court Rules having been published for comment at 474 Mich 1216-1217 (2006), and an opportunity having been provided for comment in writing and at a public hearing, and consideration having been given to the comments received, the Court declines to adopt the proposed amendment.

*Order Entered October 17, 2006:*

PROPOSED AMENDMENT OF RULE 6.106 OF THE MICHIGAN COURT RULES. On order of the Court, this is to advise that the Court is considering an amendment of Rule 6.106 of the Michigan Court Rules. Before determining whether the proposal should be adopted, changed before adoption, or rejected, this notice is given to afford interested persons the opportunity to comment on the form or the merits of the proposal or to suggest alternatives. The Court welcomes the views of all. This matter will be considered at a public hearing. The notices and agendas for public hearings are posted on the Court's website at www.courts.michigan.gov/supremecourt.

Publication of this proposal does not mean that the Court will issue an order on the subject, nor does it imply probable adoption of the proposal in its present form.

[The present language would be amended as indicated below.]

RULE 6.106. PRETRIAL RELEASE.

(A)-(H) [Unchanged.]

(I) Termination of Release Order.

(1) If the conditions of the release order are met and the defendant is discharged from all obligations in the case, the court must vacate the release order, discharge anyone who has posted bail or bond, and return the cash (or its equivalent) posted in the full amount of the bail, or, if there has been a deposit of 10 percent of the full bail amount, return 90 percent of the deposited money and retain 10 percent.

(2) If the defendant has failed to comply with the conditions of release, the court may issue a warrant for the arrest of the defendant and enter an order revoking the release order and declaring the bail money deposited or the surety bond, if any, forfeited.

(a) The court must mail notice of any revocation order immediately to the defendant at the defendant's last known address and, if forfeiture of bail or bond has been ordered, to anyone who posted bail or bond.

(b) If the defendant does not appear and surrender to the court within 28 days after the revocation date or does not within the period satisfy the